**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

American Train Dispatchers Department of the International Brotherhood of Locomotive Engineers and Christina A. Deters,

Plaintiffs,

v.

Soo Line Railroad Company,

Defendant.

Civil No. 00-926 (DWF/AJB)

**ORDER**

---

Michael Wolly, Esq., and Daniel Orfield, Esq., Zwerdling, Paul, Leibig, Kahn, Thompson & Wolly, 1025 Connecticut Avenue Northwest, Suite 712, Washington, DC 20036; Richard Williams, Jr., Esq., Williams & Iversen, 1611 West County Road B, Suite 208, Roseville, MN 55113, counsel for Plaintiffs.

Jeffrey Eyres, Esq., and Nicholas Chase, Esq., Leonard, Street and Deinard, 150 Fifth Street South, Suite 2300, Minneapolis, MN 55402, counsel for Defendant.

---

It has come to the attention of the court that for some reason, such as bankruptcy, an appeal, or a concurrent case in another court, no action can presently be taken in this case pending before this court. The court, therefore, will administratively terminate this case. An order administratively terminating a case is purely an administrative device for the convenience of the court and in no way affects the substantive rights of the parties to proceed before the court at a later date. To terminate a case administratively means to close a case for statistical purposes in the office of the Clerk of Court and the Administrative Office of the United States Courts. The case in actuality remains active and pending before the court, but it is statistically inactive. An administratively closed case can be easily reopened by a simple order of the court when the case is in a posture that the court can once again go forward with it. The case then becomes a statistically active case and resumes the

Filed MAR 13 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

same status it had before the termination without prejudice to the rights of the parties involved.

Accordingly, **IT IS ORDERED** that:

The Clerk of Court shall administratively terminate this case in his records without prejudice to the right of the parties to move to reopen the proceedings for good cause, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

Dated: March 13, 2002

DONOVAN W. FRANK
Judge of United States District Court